JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RADAMES RAY DIAZ, | ) | Case No. CV 15-2411-JGB (KK) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| C. WOFFORD, | ) | |
| Respondent. | ) | |

In accordance with the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:  May 5, 2015

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1